DF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CHRISTOPHER MELLING,

Plaintiff,

- against -

HAMILTON POINT INVESTMENTS, LLC,

Defendants.

Civil Action No. 18cv3514 (ARR)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Christopher Melling ("Plaintiff") and

Defendant Hamilton Point Investments, LLC ("Defendant"), by and through their undersigned

counsel, hereby affirm that Plaintiff and Defendant have reached and entered into a confidential

settlement agreement and, in accordance with the terms thereof, stipulate that the above-

captioned action is hereby dismissed as against Defendant with prejudice without costs and with

each Party to bear their own attorney's fees.

Dated: New York, New York
       August 12, 2018

Respectfully submitted,

EVERSHEDS SUTHERLAND (US) LLP

R. Scott Greathead
Kara Ford
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: 212-389-5000
*Attorneys for Plaintiff*

WILLKIE FARR & GALLAGHER, LLP

Martin L. Seidel
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
*Attorneys for Defendant*

So ordered. S/Allyne R. Ross
8/14/19

30716979.2